# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS - EASTERN DIVISION

| | |
|---|---|
| Deutsche Bank National Trust Company, as Trustee for the Registered Holders of New Century Home Equity Loan Trust, Series 2005-B, Asset Backed Pass-Through Certificates<br>　　　　　　PLAINTIFF<br>　　　　　　Vs.<br>Jesus Sanchez; The Willows of Fox Valley Condominium Association; Unknown Owners and Nonrecord Claimants<br><br>　　　　　　DEFENDANTS | No. 1:11-cv-04981 |

## PLAINTIFF'S MOTION FOR ENTRY OF A
## JUDGMENT FOR FORECLOSURE AND SALE

NOW COMES the Plaintiff, by and through its Attorneys, Codilis & Associates, P.C., and in support of its Motion requests that a Judgment for Foreclosure and Sale be entered against all parties in this matter.

WHEREFORE, Plaintiff respectfully requests that a Judgment for Foreclosure and Sale be entered and against all parties for any further relief this Honorable Court deems equitable and just.

　　　　　　　　　　　　　　　　　　Deutsche Bank National Trust Company, as Trustee for the Registered Holders of New Century Home Equity Loan Trust, Series 2005-B, Asset Backed Pass-Through Certificates,

　　　　　　　　　　　　　　　　　　BY:　/s/ Daniel C. Walters
　　　　　　　　　　　　　　　　　　Codilis & Associates, P.C.
　　　　　　　　　　　　　　　　　　15W030 North Frontage Road, Suite 100
　　　　　　　　　　　　　　　　　　Burr Ridge, IL 60527
　　　　　　　　　　　　　　　　　　630-794-5300
　　　　　　　　　　　　　　　　　　Fax: 630-794-9789
　　　　　　　　　　　　　　　　　　Email: dan.walters@il.cslegal.com

C&A File No. 14-16-01269

**NOTE: This law firm is a debt collector.**