IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS - EASTERN DIVISION

| | |
|---|---|
| Deutsche Bank National Trust Company, as Trustee for the Registered Holders of New Century Home Equity Loan Trust, Series 2005-B, Asset Backed Pass-Through Certificates<br>PLAINTIFF<br><br>vs.<br><br>Jesus Sanchez; The Willows of Fox Valley Condominium Association; Unknown Owners and Nonrecord Claimants<br>DEFENDANTS | No. 1:11-cv-04981 |

## PLAINTIFF'S MOTION FOR ENTRY OF A CONSENT JUDGMENT FOR FORECLOSURE PURSUANT TO 735 ILCS 5/15-1402

NOW COMES the Plaintiff, Deutsche Bank National Trust Company, as Trustee for the Registered Holders of New Century Home Equity Loan Trust, Series 2005-B, Asset Backed Pass-Through Certificates ("Deutsche Bank"), by and through its attorneys, Codilis & Associates, P.C., moves this Court for entry of a consent judgment for foreclosure pursuant to 735 ILCS 5/15-1402. In support thereof, Deutsche Bank states as follows:

1. On August 10, 2018, Deutsche Bank filed an Amended Complaint to Foreclose Mortgage. (Doc. No. 104).

2. On September 20, 2018, an order of default was entered against defendant The Willows of Fox Valley Condominium Association. (Doc. No. 123).

3. On September 20, 2018, Unknown Owners and Nonrecord Claimants were dismissed as parties to the suit. (Doc. No. 123).

4. Defendant Jesus Sanchez ("Sanchez") is the only remaining defendant that has not been found in default.

5. In exchange for Deutsche Bank's waiver of its rights to a personal deficiency judgment against him, Sanchez has agreed to the entry of a consent judgment for foreclosure that

1

vests absolute title to the subject real estate in Deutsche Bank free and clear of all claims, liens, and interest of Sanchez, including all rights of reinstatement and redemption, and of all rights of all other persons made parties in the foreclosure whose interests are subordinate to that of Deutsche Bank. See the executed Consent Foreclosure Stipulation attached hereto as **Exhibit 1**.

6. Pursuant to 735 ILCS 5/15-1402(a)(2) and (a)(5), Sanchez is the only party entitled to notice of this motion as he is the only party that has not previously been found in default.

7. As there are no objections to Deutsche Bank's motions, the Consent Judgment for Foreclosure should be entered pursuant to 735 ILCS 5/15-1402(b).

8. Entry of the Consent Judgment for Foreclosure will conclude this action.

WHEREFORE, Deutsche Bank respectfully requests that this Court enter a Consent Judgement for Foreclosure, and for any further relief that this Court deems just.

Deutsche Bank National Trust Company, as Trustee for the Registered Holders of New Century Home Equity Loan Trust, Series 2005-B, Asset Backed Pass-Through Certificates,

BY:   /s/ Daniel C. Walters
Codilis & Associates, P.C.
15W030 North Frontage Road, Suite 100
Burr Ridge, IL 60527
630-794-5300
Fax:  630-794-9789
Email: dan.walters@il.cslegal.com

C&A File No. 14-16-01269

**NOTE: This law firm is a debt collector.**